**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**PANOS SERETIS,**<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 18-11852** |
| **YANNIS (IOANIS) BONIKOS, DIMITRIOS OIKONOMOPOULOS,** and **RIGEL SHAHOLLI,**<br><br>**Plaintiffs**<br><br>v.<br><br>**PANOS SERETIS**<br><br>**Defendant.** | Adversary Proceeding<br><br>Case No. 18-1637 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Foley & Lardner LLP hereby appears as counsel for Debtor PANOS SERETIS. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Mr. Seretis requests that copies of all notices and pleadings given or required to be given in the above-captioned chapter 7 case, be given to and served upon:

>Katherine R. Catanese
>FOLEY & LARDNER LLP
>90 Park Ave.
>New York, NY 10016
>Telephone: (212) 338-3496
>Facsimile: (212) 687-2329
>Email: kcatanese@foley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9010(b) and Bankruptcy Code section 1109(b), the foregoing request includes not only the notices, papers, pleadings, and orders referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects or seeks to affect the above-captioned debtor, his property or the administration of his chapter 7 cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to be construed to be (i) a waiver of the right of Mr. Seretis (a) to have final orders entered only after de novo review by a United States District Court, (b) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the jurisdiction or venue of the Court or venue of this case, or (ii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Mr. Seretis is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Mr. Seretis expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in these cases.

Dated: December 12, 2018
       New York, New York

**FOLEY & LARDNER LLP**

*/s/ Katherine R. Catanese*
Katherine R. Catanese
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016

Telephone: (212) 338-3496  
Facsimile: (212) 687-2329  
Email: kcatanese@foley.com

*Attorney for Panos Seretis*