FOLEY & LARDNER LLP
Katherine R. Catanese
90 Park Avenue
29th Floor
New York, NY 10016-1314
Telephone: (212) 338-3566
Facsimile: (212) 687-2329
Email: kcatanese@foley.com
*Counsel for Panos Seretis*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

PANOS PAPADOPOULOS SERETIS

    Debtor.

Chapter 7

Case No. 18-11852-JLG

YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI
AND DIMITIRIOS OIKONOMOPOULOS,

    Plaintiff,

-against-

PANOS SERETIS,

    Defendant.

Adv. Pro. No. 18-01637-JLG

## STIPULATION FOR A BRIEFING SCHEDULE REGARDING THE COMPLAINT

    WHEREAS, on or about September 24, 2018, YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI AND DIMITIRIOS OIKONOMOPOULOS ("PLAINTIFFS") filed a complaint (the "Complaint") against PANOS SERETIS ("DEFENDANT");

    WHEREAS, on or about December 12, 2018, the Court issued a Third Summons with Notice issued by Clerk's Office with Pre-Trial Conference set for January 31, 2019 at 10:00 A.M. at Courtroom 601;

4825-9898-5092.1

WHEREAS, on December 14, 2018, Defendant was served with the Complaint;

NOW, THEREFORE, the PLAINTIFFS and DEFENDANT, by and through their undersigned counsel, hereby enter into this Stipulation for a Briefing Schedule Regarding the Complaint and stipulate as follows:

1.　　The Parties agree that Defendant shall have up to and including **January 28, 2019** to answer or otherwise respond to the Complaint;

2.　　Plaintiffs shall have up to and including **February 11, 2019** to file an opposition if any;

3.　　Defendant shall have up to and including **February 25, 2019** to file a reply.

4.　　Defendant acknowledges service of the Complaint; provided however, that nothing herein shall be deemed to waive any right of Defendants to contest or challenge personal jurisdiction.

5.　　Unless expressly stated above, this Stipulation is made without prejudice to the Parties' rights and defenses, all of which, including, but not limited to, lack of personal jurisdiction, are expressly reserved.

*[Continued on next page]*

4825-9898-5092.1

Dated: New York, New York
       January 4, 2019

| FOLEY & LARDNER LLP | VARACALLI & HAMRA, LLP |
|---|---|
| */s/ Katherine Catanese* | */s/ Anthony R. Portesy* |
| FOLEY & LARDNER LLP | VARACALLI & HAMRA, LLP |
| Katherine R. Catanese | Anthony R. Portesy |
| 90 Park Avenue | 32 Broadway |
| 29th Floor | Suite 1818 |
| New York, NY 10016-1314 | New York, NY 10004 |
| Telephone: (212) 338-3566 | Telephone: 646-590-0571 |
| Email: kcatanese@foley.com | Email: aportesy@vhllp.com |
| *Counsel for Panos Seretis* | *Counsel for Plaintiffs* |
| Dated: January 4, 2019 | Dated: January 4, 2019 |

IT IS SO ORDERED:
Dated: _____, 2019

_____
The Honorable James L. Garrity Jr.
United States Bankruptcy Judge

4825-9898-5092.1