UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

PANOS PAPADOPOULOS SERETIS

        Debtor.

Chapter 7

Case No. 18-11852-JLG

YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI
AND DIMITIRIOS OIKONOMOPOULOS,

        Plaintiff,

-against-

PANOS SERETIS,

        Defendant.

Adv. Pro. No. 18-01637-JLG

## SECOND STIPULATION FOR A BRIEFING SCHEDULE
## REGARDING THE COMPLAINT

WHEREAS, on or about September 24, 2018, YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI AND DIMITIRIOS OIKONOMOPOULOS ("PLAINTIFF") filed a complaint (the "Complaint") against PANOS SERETIS ("DEFENDANT");

WHEREAS, on or about December 12, 2018, the Court issued a Third Summons with Notice issued by Clerk's Office with Pre-Trial Conference set for January 31, 2019 at 10:00 A.M. at Courtroom 601;

WHEREAS, on December 14, 2018, DEFENDANT was served with the Complaint;

WHEREAS, on January 4, 2019, PLAINTIFFS and DEFENDANT entered into a Stipulation for a Briefing Schedule Regarding the Complaint (the "Stipulation") giving the DEFENDANT up to and including January 28, 2019 to answer or respond to the Complaint;

4827-5599-6805.2

allowing PLAINTIFFS to have up to and including February 11, 2019 to file an opposition, if any; and granting DEFENDANT, up to and including February 25, 2019 to file a reply;

WHEREAS, On January 10, 2019, the Court So Ordered the Stipulation (D.E. #9).

NOW, THEREFORE, the PLAINTIFFS and DEFENDANT, by and through their undersigned counsel, hereby enter into this Second Stipulation for a Briefing Schedule Regarding the Complaint and stipulate as follows:

1. The Parties are currently in settlement negotiations and request extended deadlines to continue to work toward resolution;

**2.** The Parties agree that the January 31, 2019 pretrial conference should be adjourned to **April 16, 2019 at 10:00 a.m.**

3. The Parties agree that Defendant shall have up to and including **February 27, 2019** to answer or otherwise respond to the Complaint;

4. Plaintiffs shall have up to and including **March 13, 2019** to file an opposition if any;

5. Defendant shall have up to and including **March 27, 2019** to file a reply;

6. Defendant acknowledges service of the Complaint; provided however, that nothing herein shall be deemed to waive any right of Defendants to contest or challenge personal jurisdiction.

7. Unless expressly stated above, this Stipulation is made without prejudice to the Parties' rights and defenses, all of which, including, but not limited to, lack of personal jurisdiction, are expressly reserved.

Dated: New York, New York
January 23, 2019

4827-5599-6805.2

| FOLEY & LARDNER LLP | VARACALLI & HAMRA, LLP |
|---|---|
| */s/ Katherine Catanese* | */s/ Abraham Hamra* |
| FOLEY & LARDNER LLP | VARACALLI & HAMRA, LLP |
| Katherine R. Catanese | Abraham Hamra |
| 90 Park Avenue | 32 Broadway |
| 29th Floor | Suite 1818 |
| New York, NY 10016-1314 | New York, NY 10004 |
| Telephone: (212) 338-3566 | Telephone: 646-590-0571 |
| Email: kcatanese@foley.com | Email: ahamra@vhllp.com |
| *Counsel for Panos Seretis* | *Counsel for Plaintiffs* |

IT IS SO ORDERED:

Dated: January 30, 2019
     New York, New York

/s/ *James L. Garrity, Jr.*

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge

4827-5599-6805.2