FOLEY & LARDNER LLP
Katherine R. Catanese
90 Park Avenue
29th Floor
New York, NY 10016-1314
Telephone: (212) 338-3566
Facsimile: (212) 687-2329
Email: kcatanese@foley.com
*Counsel for Panos Seretis*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>PANOS PAPADOPOULOS SERETIS<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11852-JLG |
| YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI AND DIMITIRIOS OIKONOMOPOULOS,<br><br>Plaintiff,<br><br>-against-<br><br>PANOS SERETIS,<br><br>Defendant. | Adv. Pro. No. 18-01637-JLG |

**THIRD STIPULATION FOR A BRIEFING SCHEDULE**
**REGARDING THE COMPLAINT**

WHEREAS, on or about September 24, 2018, YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI AND DIMITIRIOS OIKONOMOPOULOS ("PLAINTIFF") filed a complaint (the "Complaint") against PANOS SERETIS ("DEFENDANT");

WHEREAS, on or about December 12, 2018, the Court issued a Third Summons with Notice issued by Clerk's Office with Pre-Trial Conference set for January 31, 2019 at 10:00 A.M. at Courtroom 601;

WHEREAS, on December 14, 2018, DEFENDANT was served with the Complaint;

WHEREAS, on January 4, 2019, PLAINTIFFS and DEFENDANT entered into a Stipulation for a Briefing Schedule Regarding the Complaint (the "Stipulation") giving the DEFENDANT up to and including January 28, 2019 to answer or respond to the Complaint; allowing PLAINTIFFS to have up to and including February 11, 2019 to file an opposition, if any; and granting DEFENDANT, up to and including February 25, 2019 to file a reply;

WHEREAS, On January 10, 2019, the Court So Ordered the Stipulation (D.E. #9).

WHEREAS, on January 23, 2019, PLAINTIFFS and DEFENDANT entered into a Second Stipulation for a Briefing Schedule Regarding the Complaint (the "Second Stipulation") giving the DEFENDANT up to and including February 27, 2019 to answer or respond to the Complaint; allowing PLAINTIFFS to have up to and including March 13, 2019 to file an opposition, if any; and granting DEFENDANT, up to and including March 27, 2019 to file a reply;

WHEREAS, on January 30, 2019, the Court So Ordered the Second Stipulation (D.E. #11).

NOW, THEREFORE, the PLAINTIFFS and DEFENDANT, by and through their undersigned counsel, hereby enter into this Third Stipulation for a Briefing Schedule Regarding the Complaint and stipulate as follows:

1. The Parties are currently in settlement negotiations and request extended deadlines to continue to work toward resolution;

2. The Parties agree to keep the pretrial conference on **April 16, 2019** at **10:00 a.m**.

4840-9634-1128.1

3. The Parties agree that Defendant shall have up to and including **March 29, 2019** to answer or otherwise respond to the Complaint;

4. Plaintiffs shall have up to and including **April 12, 2019** to file an opposition if any;

5. Defendant shall have up to and including **April 26, 2019** to file a reply;

6. Defendant acknowledges service of the Complaint; provided however, that nothing herein shall be deemed to waive any right of Defendants to contest or challenge personal jurisdiction.

7. Unless expressly stated above, this Stipulation is made without prejudice to the Parties' rights and defenses, all of which, including, but not limited to, lack of personal jurisdiction, are expressly reserved.

Dated: New York, New York
       February 21, 2019

FOLEY & LARDNER LLP

*/s/ Katherine Catanese*
FOLEY & LARDNER LLP
Katherine R. Catanese
90 Park Avenue
29th Floor
New York, NY 10016-1314
Telephone: (212) 338-3566
Email: kcatanese@foley.com
*Counsel for Panos Seretis*

VARACALLI & HAMRA, LLP

*/s/ Abraham Hamra*
VARACALLI & HAMRA, LLP
Abraham Hamra
32 Broadway
Suite 1818
New York, NY 10004
Telephone: 646-590-0571
Email: ahamra@vhllp.com
*Counsel for Plaintiffs*

IT IS SO ORDERED:
Dated: _____, 2019

_____
The Honorable James L. Garrity, Jr.
United States Bankruptcy Judge

4840-9634-1128.1