# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Date: **April 16, 2019**
-----------------------------------------------------------------x

In re:                                                                                              Chapter 7

     Panos Papadopoulos Seretis,

                                                                              Case No. 18-11852-jlg

Debtor.

-----------------------------------------------------------------x

Bonikos et al,

     Plaintiffs,

                                                                  Adv. Proceeding No. 18-01637-jlg

     - against -

Seretis,

Defendant.

-----------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Katherine R. Catanese, Counsel to Debtor |
| | Robert L. Geltzer, Chapter 7 Trustee |
| | Robert A. Wolf, Counsel to Chapter 7 Trustee |
| Proceedings: | Motion to Approve Compromise (Docket No. 14) |
| Order: | The above matter is hereby adjourned to May 9, 2019 at 11:00 a.m. |
| | On or before April 26, 2019, at 4:00 p.m., Counsel to the Debtor shall provide declarations from the parties supporting the settlement to the Chapter 7 Trustee. |
| | On or before May 1, 2019, at 4:00 p.m., the Chapter 7 Trustee shall file a response, if any, to the declarations. The Debtor may file a reply, if any, to the Chapter 7 Trustee's response on or before May 6, 2019, at 4:00 p.m. |

BY THE COURT:

    April 17, 2019
    New York, New York

                              /s/ *James L. Garrity, Jr.*
                              Honorable James L. Garrity, Jr.
                              United States Bankruptcy Judge