**FOLEY & LARDNER LLP**
Katherine R. Catanese
90 Park Avenue
29th Floor
New York, NY 10016-1314
Telephone: (212) 338-3566
Facsimile: (212) 687-2329
Email: kcatanese@foley.com
*Counsel for Panos Seretis*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>PANOS PAPADOPOULOS SERETIS<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 18-11852-JLG |
| YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI AND DIMITIRIOS OIKONOMOPOULOS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>PANOS SERETIS,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 18-01637-JLG |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and pursuant to the Settlement Agreement by and amongst Yannis (Ianois) Bonikos, Rigehl Shaholli, Dimitirios Oikonomopoulos, and Panos Seretis (Adv. Pro. D.E. #14-1) as approved by the Court in its Order Granting Motion of Debtor for Approval of Settlement (Adv. Pro. D.E. #27) the Plaintiffs, Yannis (Ioanis) Bonikos, Rigel Shaholli, and Dimitrios Oikonomopoulos, hereby

dismiss with prejudice, any and all claims that the Plaintiffs brought against Panos Seretis in the above-referenced adversary proceeding.

Dated: May 29, 2019
      New York, New York

      */s/ Abraham Hamra*
      VARACALLI & HAMRA, LLP
      Abraham Hamra
      32 Broadway
      Suite 1818
      New York, NY 10004
      Telephone: 646-590-0571
      Email: ahamra@vhllp.com
      *Counsel for Plaintiffs*

      */s/ Katherine R. Catanese*
      Katherine R. Catanese
      FOLEY & LARDNER LLP
      90 Park Avenue
      New York, NY 10016-1314
      Telephone: (212) 338-3566
      Facsimile: (212) 687-2329
      Email: kcatanese@foley.com
      *Counsel for Panos Seretis*